UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

AMANDA MCINTOSH SULLIVAN )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No. 5:20-CV-569-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security, )
        Defendant. )
         )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 15, 2022, that defendant pay to plaintiff $2,380.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on June 15, 2022, and Copies To:**
Michael W. Bertics (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)

June 15, 2022                    PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk