IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00569-FL

| | |
|---|---|
| AMANDA McINTOSH SULLIVAN,<br>    Plaintiff, | )<br>)<br>) |
| | ) ORDER APPROVING ATTORNEY |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | ) FEES PURSUANT TO 42 U.S.C. § 406(b)<br>)<br>) |
| Defendant. | ) |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $3,199. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2,380.00 but were seized under the Treasury Offset Program.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $3,199.00.

This 9th day of March, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge